[No. 183-1.   Division One—Panel 1.   January 25, 1971.]

THE STATE OF WASHINGTON, *Respondent,* v. BARBARA JEAN DAVISON, *Appellant.*

*McDonell & Alfieri, James A. Alfieri,* and *Richard Beaudry,* for appellant (appointed counsel for appeal).

*Christopher T. Bayley, Prosecuting Attorney,* and *Ed Allen, Deputy,* for respondent.

PER CURIAM.—Barbara Jean Davison was convicted of unlawful possession of narcotic drugs—marijuana. The parties have stipulated that *State v. Zornes,* 78 Wn.2d 9, 475 P.2d 109 (1970) is controlling and requires reversal and dismissal. We agree. For the reasons set forth in that case, this conviction is reversed and the action dismissed. See *State v. Williams,* 78 Wn.2d 459, 475 P.2d 100 (1970).